**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**LIBERTY MUTUAL INSURANCE COMPANY, et al.**                                   **PLAINTIFFS**

**v.**                                                                                                  **CAUSE NO. 3:07CV73-SA-SAA**

**PAULINE TEDFORD, et al.**                                                                          **DEFENDANTS**

## ORDER ON MOTIONS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)   the Plaintiff's Motion for Summary Judgment as to Franklin's Counterclaim [80] is DENIED AS PREMATURE;

(2)   the Plaintiff's Motion to Disqualify [131] is GRANTED; and

(3) the following Magistrate Judge Appeals are DENIED: [147], [172], [157], [179].

Counsel is further instructed to place on the docket the signed informed consent of all parties agreeing to the continued representation of Franklin Corporation by Mitchell McNutt & Sams law firm in accord with the Mississippi Rules of Professional Conduct.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the   9th   day of February, 2009.

                                                            /s/ Sharion Aycock
                                                            **U.S. DISTRICT JUDGE**