IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LIBERTY MUTUAL INSURANCE COMPANY, et al.**               **PLAINTIFFS**

**v.**                                                     **CAUSE NO. 3:07CV73-SA-SAA**

**PAULINE TEDFORD, et al.**                                **DEFENDANTS**

## ORDER ON MOTIONS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Liberty Mutual's Motion for Partial Summary Judgment [10] is granted in part and denied in part;

(2) Defendant's Motion for Partial Summary Judgment [164] is granted;

(3) Plaintiff's Motion for Partial Summary Judgment [175] is denied;

(4) Plaintiff's Motion for Summary Judgment as to Franklin's Counterclaim [273] is granted in part and denied in part.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made part of the record in this action.

SO ORDERED, this the 15th day of September, 2009.

                                                   **/s/ Sharion Aycock**
                                                   **UNITED STATES DISTRICT JUDGE**